IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02496-AP

LANE E. SINCLAIR,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                      For Plaintiff:
                      GREGORY J. STYDUHAR, ESQ.
                      Koncilja & Koncilja, P.C.
                      125 West B Street
                      Pueblo, CO 81003
                      (719) 543-9591
                      greg@konciljaandkoncilja.com

                      For Defendant:
                      THOMAS H. KRAUS
                      Special Assistant United States Attorney
                      Social Security Administration
                      Office of the General Counsel
                      1961 Stout Street, Suite 1001A
                      Denver, Colorado 80294
                      (303) 848-0017
                      tom.kraus@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** December 13, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:** January 3, 2007

    **C.     Date Answer and Administrative Record Were Filed**: March 1, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**  May 4, 2007

    **B.     Defendant's  Response Brief Due:**  May 21, 2007

    **C.     Plaintiff's  Reply Brief (If Any) Due:**  June 21, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 10th day of April, 2007.

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Gregory J. Styduhar  
GREGORY J. STYDUHAR  
Koncilja & Koncilja, P.C.  
125 West B Street  
Pueblo, CO 81003  
(719) 543-9591  
greg@konciljaandkoncilja.com  

Attorney for Plaintiff

TROY A. EID  
UNITED STATES ATTORNEY  

s/ Kurt J. Bohn  
KURT J. BOHN  
Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
(303) 454-0100  
kurt.bohn@usdoj.gov  

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  
Social Security Administration  
Office of the General Counsel  
1961 Stout Street, Suite 1001A  
Denver, Colorado 80294  
(303) 844-0017  
tom.kraus@ssa.gov  

Attorneys for Defendant