IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02496-MSK

LANE E. SINCLAIR,

    Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

    Defendant.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **March 7, 2008,** at **4:00 pm.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 9th day of March, 2007

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.